984 A.2d 937

COMMONWEALTH of Pennsylvania, Respondent

v.

George E. BANKS, Petitioner.

Supreme Court of Pennsylvania.

Dec. 10, 2009.

## ORDER

PER CURIAM.

AND NOW, this 10th day of December 2009, the Motion for Notice of Evaluations by Commonwealth Experts is DENIED. The Commonwealth's mental health evaluations and the competency hearing ordered by this Court are to be conducted as expeditiously as possible. No extraneous delays shall be permitted.